# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  PIOTR RUTKOWSKI  
10904 NEVIN STREET  
ALGONQUIN, IL  60102  

SSN-xxx-xx-2821

Case Number: 05-72328

Case filed on: 5/9/2005  
Plan Confirmed on: 7/22/2005  

D Dismissed

Total funds received and disbursed pursuant to the plan: $32,942.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | COSTELLO & COSTELLO PC | 2,019.00 | 2,019.00 | 1,231.73 | 0.00 |
|  | Total Legal | 2,019.00 | 2,019.00 | 1,231.73 | 0.00 |
| 204 | PIERCE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PIOTR RUTKOWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FIFTH THIRD BANK | 8,800.00 | 8,800.00 | 8,800.00 | 520.11 |
| 002 | GREATBANK ALGONQUIN | 7,560.62 | 7,560.62 | 7,560.62 | 554.18 |
| 003 | TCF NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | US BANK NA | 124,051.74 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 140,412.36 | 16,360.62 | 16,360.62 | 1,074.29 |
| 001 | FIFTH THIRD BANK | 7,107.89 | 7,107.89 | 1,920.46 | 0.00 |
| 005 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CITIFINANCIAL RETAIL SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DISCOVER FINANCIAL SERVICES | 10,102.56 | 10,102.56 | 2,729.58 | 0.00 |
| 008 | DR. RAMESH | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 3,268.55 | 3,268.55 | 883.12 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 1,583.33 | 1,583.33 | 427.80 | 0.00 |
| 011 | MARSHALL FIELD | 1,864.70 | 1,864.70 | 503.82 | 0.00 |
| 012 | MARSHALL FIELDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 14,103.59 | 14,103.59 | 3,810.60 | 0.00 |
| 014 | NORTHWEST COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | Q CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RESURGENT CAPITAL SERVICES | 1,806.68 | 1,806.68 | 488.14 | 0.00 |
| 017 | RESURGENT CAPITAL SERVICES | 553.36 | 553.36 | 135.14 | 0.00 |
| 018 | THE HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | WAL MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 5,273.56 | 5,273.56 | 1,424.83 | 0.00 |
|  | Total Unsecured | 45,664.22 | 45,664.22 | 12,323.49 | 0.00 |
|  | Grand Total: | 188,095.58 | 64,043.84 | 29,915.84 | 1,074.29 |

Total Paid Claimant:      $30,990.13  
Trustee Allowance:        $1,951.87  
Percent Paid Unsecured:   26.99  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008          By  /s/Heather M. Fagan